**Not for Publication**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GEORGE SCARPITTA<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil Action No. 18-1109 (ES)<br><br>OPINION |

**SALAS, DISTRICT JUDGE**

Before the Court is an appeal filed by Plaintiff George Scarpitta seeking review of Administrative Law Judge Scott Tirrell's decision denying Plaintiff's application for Disability Insurance Benefits under Title II of the Social Security Act. For the reasons stated in the Court's accompanying Opinion,

IT IS on this 11th day of December 2018,

**ORDERED** that the Administrative Law Judge's decision is AFFIRMED; and it is further

**ORDERED** that the Clerk of the Court shall mark this matter CLOSED.

*s/ Esther Salas*
**Esther Salas, U.S.D.J.**